Jamie Chu (SBN 283070)
**FEDERAL EXPRESS CORPORATION**
2601 Main Street, Suite 340
Irvine, California 92614
Telephone: (949) 862-4629
Facsimile: (901) 492-5641
Email: jamie.chu@fedex.com

Attorney for Defendant
FEDERAL EXPRESS CORPORATION

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYCLAIRE MODEL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL EXPRESS CORPORATION; SANDRA GARCIA-MEAD, NANCY HANLON, and DOES 1 through 100,<br><br>　　　　Defendants. | **Case No. 2:19-cv-08323-MWF-RAO**<br><br>(Los Angeles County Superior Court Case No. 19STCV19609)<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)]** |

FEDERAL EXPRESS CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

1387343　　　　　　　　　　　　1　　　　　　Case No. 2:19-cv-08323-MWF-RAO
ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

# ORDER

Having reviewed the Parties' Joint Stipulation of Dismissal With Prejudice, IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice. Each party is to bear its own respective fees and costs. All pending proceedings are vacated and no further proceedings shall take place in this action.

**IT IS SO ORDERED**.

DATED: January 9, 2020        By: _____
HON. MICHAEL W. FITZGERALD
U.S. DISTRICT COURT JUDGE

FEDERAL EXPRESS CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

## CERTIFICATE OF SERVICE
*Maryclaire Model v. Federal Express Corporation, et al.*
**USDC Case No. 2:19-cv-08323-MWF-RAO**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614.

On January 9, 2020, I served the within document(s): **[PROPOSED] ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE.**

| | |
|---|---|
| ☑ | By CM/ECF Service-Document(s) to be delivered electronically via CM/ECF as noted herein. |
| ☐ | by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below. |
| ☐ | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Irvine, California addressed as set forth below. |
| ☐ | by arranging with First Legal Attorney Service to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below. |
| ☐ | by placing the document(s) listed above in a sealed envelope with delivery fees provided for, addressed as follows for collection by Federal Express for overnight delivery at Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614, in accordance with Federal Express Corporation's ordinary business practices. |

Suzanne E. Rand-Lewis
Rand & Rand-Lewis
5990 Sepulveda Blvd., Suite 630
Sherman Oaks, CA 91411
(818) 779-1720 FAX: (818) 779-1730
srand-lewis@randandrand-lewisplcs.com
trand@randandrand-lewisplcs.com
**Attorneys for Plaintiff, MARYCLAIRE MODEL**

☑ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 9, 2020, at Irvine, California.

*/s/ Carla Waller*
Carla Waller